**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JANET THOMAS**, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-cv-2637 (TSC) |
| | ) | |
| **SAMANTHA POWER,** *Administrator,* | ) | |
| *United States Agency for International* | ) | |
| *Development* and **KENNETH BLEDSOE**, | ) | |
| *Agency Representative USAID, Office of the* | ) | |
| *General Counsel* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Plaintiffs, in civil actions, who proceed *pro se* (*i.e.*, without an attorney) have a responsibility to comply with this court's Local Civil Rules, [1] as well as the Federal Rules of Civil Procedure, including Rule 4 which requires service upon each defendant within 90 days after filing the complaint.  *See* Fed. R. Civ. P. 4.  Inasmuch as Plaintiff has brought this action against a federal governmental entity and/or federal governmental official, Plaintiff is hereby reminded of her obligation to serve a copy of the summons and complaint in a manner that complies with Rule 4(i) of the Federal Rules of Civil Procedure.  Plaintiff's failure to comply with these rules may result in dismissal of this action.  *See* Fed. R. Civ. P. 4(m).

---

[1] http://www.dcd.uscourts.gov/court-info/local-rules-and-orders/local-rules

A copy of the court's "Pro Se Non-Prisoner Handbook," can be found on the court's website. [2] This document provides important information you will need to know as a *pro se* plaintiff.

Plaintiff is reminded that any notifications or pleadings must be filed electronically or delivered via mail or in person <u>addressed directly</u> to the Clerk of the Court at the following address: U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.  The telephone number for the Clerk's Office is: 202-354-3080.  Any notifications or pleadings must contain the name of the case and case number: *Thomas v. Power* et al., 23-cv-2637-TSC.  Additionally, all pleadings shall appear in 12-pt. font and shall be double-spaced.  Footnotes, which shall not be excessive, shall also appear in 12-pt. font.  *See* Local Civil Rule 5.1(d).

**Failure to adhere to the court's Local Rules, the Federal Rules of Civil Procedure, or any orders of this court may result in sanctions, up to and including dismissal of this action.**

The Clerk of the Court shall mail a copy of this order to Plaintiff at her address of record.

Date:  October 5, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

---

[2] https://www.dcd.uscourts.gov/pro-se-help