## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JANET THOMAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-cv-2637 (TSC) |
| | ) | |
| **SAMANTHA POWER,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Defendant SAMANTHA POWER has moved to dismiss in part Plaintiff's amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  ECF No. 20 ("Partial Motion to Dismiss").  Because a ruling on the partial motion to dismiss might dispose of multiple counts in this case, the court hereby advises the *pro se* Plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this court.  *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  Such "notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the court's local rules concerning dispositive motions state: "[w]ithin 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a

memorandum of points and authorities in opposition to the motion [or] the Court may treat the motion as conceded." Local Civil Rule 7(b). <u>Moreover, the court may treat as conceded any arguments a defendant has advanced in support of its motion that a plaintiff fails to address in her opposition</u>. *See Hopkins v. Women's Div., General Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x. 8 (D.C. Cir. 2004) (citing *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997)) (other citation omitted).

Plaintiff is advised that the court will rule on Defendant's motion taking into consideration the facts proffered in the amended Complaint, along with Plaintiff's response or opposition to the motion. **Plaintiff shall file an opposition or other response to the Motion to Dismiss no later than May 31, 2024. If Plaintiff does not respond by that date or does not fully respond to the arguments raised by Defendant, the court may treat the motion as conceded and dismiss the claims asserted against the moving Defendant.**

Plaintiff's response shall be limited to eighteen (18) pages. Plaintiff is hereby reminded that "[a]ll pleadings shall appear in 12-pt. font and shall be double-spaced. Footnotes, which shall not be excessive, shall also appear in 12-pt. font." Local Civil Rule 5.1(d).

**The Clerk of the Court shall mail a copy of this order to Plaintiff at her address of record.**

Date:  April 18, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge