UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA
333 Constitution Ave, N.W.
Washington, D.C. 20001

| | |
|---|---|
| Janet Y. Thomas<br>Plaintiff, *Pro se*<br>v.<br>Marco Rubio, Acting Administrator,<br>United States Agency for International Development<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Defendant | Case#: 1:23-cv-02637<br><br>**PLAINTIFF'S MOTION TOR LEAVE OF COURT TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**Honorable Judge Tanya Chutkan** |

Pursuant to Local Civil Rule 7, Plaintiff respectfully moves this Court for leave to file a surreply in opposition to Defendant's Motion to Dismiss In Part. In support of this motion, Plaintiff states as follows**:**

1. Courts may allow a surreply when the movant demonstrates that the opposing party raised new arguments or issues in a reply brief, or when it is necessary to correct factual or legal misstatements.

2. Courts in the District of Columbia routinely recognize that "[a] surreply is only appropriate when the party seeking to file the surreply would be unable to contest matters presented to the court for the first time in the opposing party's reply." Ben-Kotel v. Howard Univ., 319 F.3d 532, 536 (D.C. Cir 2003); also see Crummey v. Soc. Sec. Admin., 794 F.Supp.2d 46, 63 (D.D.C. 2011) ("The standard for granting leave to file a surreply is whether the reply raised new arguments or mischaracterizations that warrant a response.")



RECEIVED
JUN 01 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

3. In their reply brief, filed on 5/27/2025, Defendants presented new arguments, misrepresented the facts and presented a materially different framing of previously raised issues that mischaracterize Plaintiff's claims. These arguments and misrepresentations were not presented in the original motion to dismiss and cannot be reasonably addressed without further clarification.

4. The proposed surreply is narrowly tailored to correct these mischaracterizations and respond to new assertions made in the reply brief. It is not intended to reargue issues already addressed in the Plaintiff's opposition, but rather to assist the Court in accurately understanding the record and issues before

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the attached surreply in further opposition to Defendant's Motion to Dismiss.

Respectfully Submitted

Janet Y. Thomas, Ph.D.
181 Nixon Drive #1058
Moorestown, NJ 08057
202-999-9859
dr.thomas4020779@gmail.com

### CERTIFICATE OF SERVICE

Plaintiff certifies that this Motion for Leave to Surreply was filed in U.S. District Court of the District of Columbia via electronic case filing on May 28, 2025

Janet Y. Thomas, Ph.D.

*Pro se litigant*
181 Nixon Drive #1057
Moorestown, NJ 08057
202-999-9859, dr.thomas4020779@gmail.coM