**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JANET THOMAS,**<br><br>          Plaintiff,<br><br>     v.<br><br>**ERIC UELAND,** *Performing the Duties of Administrator, U.S. Agency for International Development*,<br><br>          Defendant. | No. 23-cv-2637 (TSC) |

## SCHEDULING ORDER

### I.      DEADLINES

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | July 31, 2026 |
| Deadline to Amend the Pleadings | August 14, 2026 |
| End of Discovery | October 29, 2026 |

Within fourteen (14) days following the end of discovery, the parties shall meet and confer, and file a Joint Status Report proposing next steps in this litigation.

### II.      DEPOSITIONS AND INTERROGATORIES

Absent agreement of the parties or further order of the court to the contrary, the parties shall be limited to no more than fifteen (15) requests for production, three (3) depositions, and no more than ten (10) interrogatories per side.

### III.    DISCOVERY DISPUTES

Counsel shall confer in good faith to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear and concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.  Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

### IV.    MEDIATION

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

### V.    PRIVILEGE

In the case of inadvertent disclosure of information or documents, such disclosure shall not constitute a waiver of any privilege or protection and that the disclosing Party may request return of the privileged or protected information or documents.

It is **SO ORDERED.**

Date: June 22, 2026

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge